1  Timothy L. Brictson, 174907
   BRICTSON AND COHN
2  2214 Fifth Avenue
   San Diego, California 92101
3  Telephone (619) 296-9387
   Facsimile  (619) 232-0583
4
   Attorneys for Plaintiff,
5  LEJONETTE MOORE

6

7  John C. Wynne (Bar No. 83041)
   Elizabeth Burke Vann (Bar No. 249252)
   DUCKOR SPRADLING METZGER & WYNNE
8  A Law Corporation
   3043 4th Avenue
9  San Diego, California 92103
   (619) 209-3000; (619) 209-3043 fax
10
   Attorneys for Defendant,
11 LABORATORY OF AMERICA

12

13                UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALFIRONIA

15

16 LEJONETTE MOORE,
                                    CASE NO. 08 CV 1163 BTM CAB
17         Plaintiff,
       v.                           **STIPULATION OF DISMISSAL**
18
   LABORATORY CORPORATION OF        Judge: Hon. Barry Ted Moskowitz
19 AMERCIA; and DOES 1 through 50;  Magistrate: Hon. Cathy Ann Bencivengo

20         Defendants.

21

22     TO THE CLERK AND JUDGES OF THE ABOVE-ENTITLED COURT:

23     IT IS HEREBY STIPULATED by and between the parties to this action, through their

24 ///

25 ///

26 ///

27 ///

28 ///

1  designated counsel, that the above-captioned action be and hereby is dismissed pursuant to
2  FRCP 41(a)(1).

Respectfully Submitted,

LAW OFFICE OF BRICTSON & COHN

BY: _____
Timothy L. Brictson
Attorneys for Plaintiff
LEJONETTE MOORE

DUCKOR SPRADLING METZGER & WYNNE

BY: _____
John C. Wynne
Elizabeth Burke Vann
Attorneys for Defendant
LABORATORY CORPORATION OF AMERCIA